UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER LOBBAN,

    Plaintiff,

v.        Case No: 8:18-cv-2951-T-36JSS

EXPERIAN INFORMATION
SOLUTIONS, INC. and SYNCHRONY
BANK,

    Defendants.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 28). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 28).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 15, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record